IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION FILE NO. 3:20-CV-00195-GCM

| | |
|---|---|
| JAMES WARFIELD, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF APPEAL BY JAMES** |
| ) | **WARFIELD** |
| ICON ADVISERS, INC. and ICON ) | |
| DISTRIBUTORS, INC., ) | |
|     Defendants. ) | |

Notice is hereby given that Plaintiff James Warfield hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order (D.E. 19) entered by the Honorable Graham C. Mullen, United States District Court Judge, on the 16th day of June 2020, granting in part and denying in part Plaintiff's Motion to Confirm Arbitration Award and Defendant's Motion to Vacate Arbitration Award.

This 24th day of June, 2020.

                                  */s/ Gary J. Rickner*
                                  Gary J. Rickner
                                  N.C. State Bar I.D. No.: 025129
                                  email: gjr@wardandsmith.com
                                  Marla S. Bowman
                                  N.C. State Bar No. 49097
                                  email: msbowman@wardandsmith.com
                                  Ward and Smith, P.A.
                                  Post Office Box 33009
                                  Raleigh, NC 27636-3009
                                  Telephone: 919.277.9100
                                  Facsimile: 919.277.9177

CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020, I electronically filed the foregoing NOTICE OF APPEAL BY JAMES WARFIELD with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Jonathan W. Yarbrough

                                                                                                */s/ Gary J. Rickner*
                                                                                                 Gary J. Rickner
                                                                                                 N.C. State Bar I.D. No.:  025129
                                                                                                 email:  gjr@wardandsmith.com
                                                                                                 Ward and Smith, P.A.
                                                                                                 Post Office Box 33009
                                                                                                 Raleigh, NC  27636-3009
                                                                                                 Telephone:  919.277.9100
                                                                                                 Facsimile:  919.277.9177