# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| James Warfield, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00195-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| ICON Advisers, Inc | ) | |
| ICON Distributors, Inc., | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 4, 2022 Order.

May 4, 2022

Frank G. Johns, Clerk
United States District Court