IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION FILE NO. 3:20-CV-195

| | |
|---|---|
| JAMES WARFIELD,<br>   Plaintiff,<br><br>v.<br><br>ICON ADVISERS, INC. and ICON<br>DISTRIBUTORS, INC.,<br>   Defendants. | )<br>)<br>)<br>)  **SATISFACTION OF JUDGMENT**<br>)<br>)<br>)<br>) |

  A Judgment was entered in this matter on May 4, 2022 (D.E. 29) in favor of Plaintiff James Warfield ("Warfield") awarding (1) monetary damages in the amount of $1,186,975.00 plus interest, and (2) directing Defendants to cause the expunction of the Termination Explanation in Warfield's Financial Industry Regulatory Authority form U5. Warfield has accepted payment of the monetary damages, in full, and confirms expunction of the Termination Explanation on the U5.

  Therefore, full and complete satisfaction of the Judgment is acknowledged and the Clerk of Court is authorized and directed to make entry of the full and complete satisfaction of the Judgment on the Court's docket.

Respectfully submitted, this the 5th of May, 2022.

> */s/ Chris S. Edwards*
> Christopher S. Edwards
> N.C. State Bar I.D. No.:  48385
> email:  csedwards@wardandsmith.com
> For the firm of
> Ward and Smith, P.A.
> Post Office Box 7068
> Wilmington, NC  28406-7068
> Telephone:  910.794.4800
> Facsimile:  910.794.4877
> Attorneys for James Warfield